UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LITTLE SAM RICH, III ,

    Plaintiff,

v.                                    Case No:  2:14-cv-26-FtM-38DNF

N&M COOLING & HEATING, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Plaintiff, Little Sam Rich III, and the Defendant N & M Cooling & Heating, Inc. Joint Stipulation for Dismissal with Prejudice (Doc. #20) filed on March 26, 2014.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff informs the Court that the Parties have fully settled this Fair Labor Standards Act (FLSA) case without compromise and advises that he

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

voluntarily dismisses the Complaint with prejudice.  The Complaint (Doc. #1) alleges that defendants failed to pay overtime wages in violation of Fair Labor Standards Act (FLSA). FLSA provisions are mandatory, not subject to negotiation or bargaining between employers and employees, and not subject to waiver.  Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982).  Nevertheless, in cases where the Plaintiff recovers fully without comprise, Courts have found the settlement to be *per se* reasonable and further analysis of the settlement is not necessary.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Little Sam Rich III, and the Defendant N & M Cooling & Heating, Inc. Joint Stipulation for Dismissal with Prejudice (Doc. #20) is **GRANTED**.  The Clerk of the Court is hereby directed to **Dismiss** the case with prejudice, enter judgment accordingly, terminate all pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of March, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record